UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT -3 AM 10: 41

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) '07 MJ 2361 |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Mauricio CRUZ-Ramirez,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **October 1, 2007,** within the Southern District of California, defendant, **Mauricio CRUZ-Ramirez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **OCTOBER 2007.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Mauricio CRUZ-Ramirez**

## PROBABLE CAUSE STATEMENT

On October 1, 2007, Border Patrol Agent D. Chisum was performing intelligence gathering operations near Jacumba, California. Agent Chisum was operating an unmarked service vehicle and was wearing plain clothes. Jacumba is located approximately twenty five miles east of Tecate, California Port of Entry and approximately 300 yards north of the U.S./Mexico International Border. This area is known for high volume smuggling operations due to its close proximity to the United States and Mexico border as well as easy access to Old Highway 80 and Interstate 8.

At approximately 2:50 P.M. Agent Chisum was traveling eastbound on Old Highway 80 near Napa Road, and observed a group of five individuals running north across Old Highway 80 and attempt to conceal themselves in the brush approximately 30 yards north of the highway. Due to the close proximity to Old Highway 80, this is a popular spot used by alien smugglers to pick-up illegal aliens.

Agent Chisum made visual contact with the group, approached them, and identified himself verbally and displayed his Border Patrol credentials. Agent Chisum questioned the four individuals, including defendant **Mauricio CRUZ-Ramirez**, as to their citizenship. Each of the subjects freely admitted being citizens and nationals of Mexico illegally present in the United States, without any documents that would allow them to enter or remain in the United States. All four subjects, including the defendant, were arrested and transported to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 24, 2007** through the Port of Entry at **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.